# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| CHRISTY WILLIAMS AND DIANE SANDERS<br><br>    Plaintiffs,<br>  v.<br><br>CHARTER COMMUNICATIONS, INC.<br><br>    Defendant. | Case No. 4:16-cv-705 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Christy Williams and Diane Sanders, and Defendant, Charter Communications, Inc., under FED. R. CIV. P. 41(a)(1)(A)(ii), that Plaintiff Christy Williams and Diane Sanders hereby dismiss their claims from the above captioned action, with prejudice, and with each party bearing its own fees and expenses.

RESPECTFULLY SUBMITTED BY THE PARTIES

**FOR PLAINTIFFS**

By:  */s/ Jarrett Ellzey*
  W. Craft Hughes
  Jarrett L. Ellzey
  **HUGHES ELLZEY, LLP**
  2700 Post Oak Blvd., Ste. 1120
  Houston, TX 77056
  Phone: (713) 554-2377
  Fax: (888) 995-3335
  E-Mail: craft@hughesellzey.com
       jarrett@hughesellzey.com

  Bryant Fitts
  **FITTS LAW FIRM, PLLC**
  2700 Post Oak Blvd., Ste. 1120
  Houston, Texas 77056
  Phone: (713) 871-1670
  Fax: (713) 583-1492
  E-Mail: bfitts@fittslawfirm.com

**FOR DEFENDANT**

By:  */s/ Barbara L. Emerson*
  Lindsey C. Cummings
  Barbara L. Emerson
  **BELLINGER & SUBERG, LLP**
  10,000 North Central Expressway, Suite 900
  Dallas, TX 75231
  Phone: 214-954-9540
  Fax: 214-954-9541
  E-Mail: lcummings@bellingersuberg.com
       bemerson@bellingersuberg.com

  Matthew D. Guletz (*pro hac vice*)
  **THOMPSON COBURN LLP**
  One US Bank Plaza
  St. Louis, MO 63101
  Phone: 314-552-6000
  Fax: 314-552-7000
  Email: mguletz@thompsoncoburn.com

Mark A. Alexander
**MARK A. ALEXANDER, P.C.**
5080 Spectrum Drive, Ste. 850
Addison, Texas 75001
Phone: (972) 364-9700
Fax: (972) 239-2244
E-Mail: mark@markalexanderlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Northern District of Texas, Fort Worth, Division, on May 30, 2017, and served on all counsel of record who have consented to electronic notification *via* CM/ECF.

                                                       */s/ Jarrett L. Ellzey*
                                                      Jarrett L. Ellzey