```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION
```

CHRISTY WILLIAMS, ET AL.  §
                          §
VS.                       §   ACTION NO. 4:16-CV-705-Y
                          §
CHARTER COMMUNICATIONS, INC. §

## FINAL JUDGMENT

In accordance with the Stipulation of Dismissal With Prejudice filed on May 30, 2017, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne, as agreed by the parties, by the party incurring same.

SIGNED May 31, 2017.

*[signature]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo
TRM/chr